**Sprint Nextel Corporation**

**Group Contract**

**G-50678-KS**



PRU 77212-000415-000052

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

751 Broad Street
Newark, New Jersey 07102

# Group Insurance Contract

**Contract Holder:  SPRINT NEXTEL CORPORATION**

**Group Contract No.:  G-50678-KS**

Prudential will provide or pay the benefits described in the Group Insurance Certificate(s) listed in the Schedule of Plans of the Group Contract, subject to the Group Contract's terms.  This promise is based on the Contract Holder's application and payment of the required premiums.

All of the provisions of the Group Insurance Certificate(s), attached to and made a part of the Group Contract, apply to the Group Contract as if fully set forth in the Group Contract.

The Group Contract takes effect on the Contract Date, if it is duly attested under the Group Contract Schedule.  It continues as long as the required premiums are paid, unless it ends as described in its General Rules.

The Group Contract is non-participating.  This means that it will not share in Prudential's profits or surplus earnings, and Prudential will pay no dividends on it.

The Group Contract is delivered in and is governed by the laws of the Governing Jurisdiction.

*[signature]*                                              *[signature]*

Secretary                                                   Chief Executive Officer


**Group Long Term Disability Coverage**

**Notice to Buyer:  This is a long term disability contract and it does not pay benefits for loss from sickness except as provided herein.  Review your Group Contract carefully.  This Group Contract provides limited benefits.  Benefits provided are supplemental and are not intended to cover all medical expenses.**

83500
COV 5040                                                                                             (S-2)(50678-2)

PRU 77212-000415-000053

# Group Contract Schedule

**Contract Date:** January 1, 2011

**Contract Anniversaries:** January 1 of each year, beginning in 2012.

**Premium Due Dates:** The Contract Date, and the first day of the month beginning with February, 2011.

**Governing Jurisdiction:** State of Kansas

**Associated Companies:** Associated Companies are employers who are the Contract Holder's subsidiaries or affiliates and are reported to Prudential in writing for inclusion under the Group Contract, provided that Prudential has approved such request.

**Minimum Participation Number:** 25

## INCLUDED EMPLOYERS

Included Employers under the Group Contract are the Contract Holder and its Associated Companies, if any.

An Employee of more than one Included Employer will be considered an Employee of only one of those employers for the purpose of the Group Contract. That Employee's service with all other Included Employers will be treated as service with that one.

On any date when an employer ceases to be an Included Employer, the Group Contract will be considered to end for Employees of that employer. This applies to all of those Employees except those who, on the next day, are still within the Covered Classes of a plan of benefits of the Group Contract as Employees of another Included Employer. The plans of benefits for Covered Classes are listed in the Group Contract's Schedule of Plans.

The Contract Holder must let Prudential know, in writing, when an employer reported as an Associated Company is no longer one of its subsidiaries or affiliates.

_____

**Table of Contents (as of the Contract Date):** The Group Contract includes these forms: Cover, Group Contract Schedule, Schedule of Premium Rates, General Rules, Schedule of Plans, Application.

_____

Attest: *Philip Miraldo*

# Schedule of Premium Rates

G-50678-KS

**Classes of Employees to which this Schedule applies:**

**Applicable Coverage**     **Monthly Rate Per Employee**

**Long Term Disability**    **Rate per $100.00 of the Employees'**
**Coverage**                **Covered Monthly Earnings:**

**Option 1:**               $0.135

| Employee Age | Option 2: | Option 3: | Option 4: |
|---|---|---|---|
| 30 or less | $0.018 | $0.032 | $0.053 |
| 31 | $0.018 | $0.033 | $0.054 |
| 32 | $0.019 | $0.036 | $0.055 |
| 33 | $0.020 | $0.036 | $0.059 |
| 34 | $0.021 | $0.039 | $0.062 |
| 35 | $0.023 | $0.041 | $0.065 |
| 36 | $0.024 | $0.044 | $0.071 |
| 37 | $0.033 | $0.061 | $0.096 |
| 38 | $0.042 | $0.077 | $0.123 |
| 39 | $0.050 | $0.094 | $0.150 |
| 40 | $0.060 | $0.112 | $0.178 |
| 41 | $0.064 | $0.121 | $0.193 |
| 42 | $0.071 | $0.131 | $0.209 |
| 43 | $0.076 | $0.141 | $0.227 |
| 44 | $0.118 | $0.153 | $0.246 |
| 45 | $0.119 | $0.210 | $0.345 |
| 46 | $0.121 | $0.227 | $0.375 |
| 47 | $0.132 | $0.246 | $0.403 |
| 48 | $0.143 | $0.264 | $0.436 |
| 49 | $0.154 | $0.285 | $0.470 |
| 50 | $0.184 | $0.326 | $0.549 |
| 51 | $0.200 | $0.354 | $0.597 |
| 52 | $0.218 | $0.386 | $0.652 |
| 53 | $0.239 | $0.422 | $0.712 |
| 54 | $0.259 | $0.462 | $0.778 |
| 55 | $0.277 | $0.472 | $0.806 |
| 56 | $0.286 | $0.481 | $0.835 |
| 57 | $0.304 | $0.492 | $0.861 |
| 58 | $0.286 | $0.462 | $0.806 |

| | | | |
|---|---|---|---|
| 59 | $0.268 | $0.435 | $0.752 |
| 60 | $0.250 | $0.407 | $0.696 |
| 61 | $0.232 | $0.379 | $0.641 |
| 62 | $0.214 | $0.350 | $0.586 |
| 63 | $0.196 | $0.311 | $0.518 |
| 64 | $0.170 | $0.272 | $0.452 |
| 65 | $0.143 | $0.235 | $0.385 |
| 66 | $0.116 | $0.196 | $0.320 |
| 67 | $0.098 | $0.159 | $0.251 |
| 68 | $0.080 | $0.133 | $0.209 |
| 69 or more | $0.071 | $0.120 | $0.189 |

Employee contributions will change on January 1 each year for any changes in monthly earnings and/or age.

The premium may be adjusted during the term of the contract to reflect changes to the commissions or fees paid to an insurance producer for the contract, if any.

## PERFORMANCE LEVELS

Prudential and the Contract Holder shall, from time to time, establish the performance service levels for each of the services to be measured, which may include, without limitation, standards for plan administration, customer service, phone service and abandonment rates, and timeliness of enrollment, underwriting and claim transactions as stated below.

Any amounts so credited shall be paid directly by check to the Contract Holder or to a trustee or other party at the Contract Holder's direction or, at the option of the Contract Holder shall be held by Prudential in an advance premium account and used to adjust premium for future billing periods.

To the extent any portion of the amounts credited or paid to the Contract Holder is required by law (including the Employee Retirement Income Security Act of 1974, as amended) to be used or applied solely for the benefit of Employees covered under this Group Contract, the Contract Holder agrees to use or apply such portion solely for the benefit of such Employees and to otherwise comply with any of its obligations under ERISA or other applicable law.  Any funds accumulated in an advance premium account but unused as of the termination of the Group Contract, or any credited amounts otherwise due and unpaid, shall be transferred to the Contract Holder or to a trustee or other party at the Contract Holder's direction for use in connection with the Contract Holder's health and welfare programs.  Upon transfer, Prudential shall have no responsibility for the use and/or allocation of any such funds, nor shall Prudential have any continuing obligations under this provision relating to performance levels.  This provision does not create any third party beneficiary rights in any insured or other person.

Performance Guarantee Results will be shared quarterly within 60 days of the end of each quarter. Penalties will be based on annual results and paid out within 60 days of the end of the year.

| Performance Standard | Minimum Standard | Standard based on Book of Business, Claims Team Specific or Client Specific Results | STD Dollar Amount at Risk | LTD Dollar Amount at Risk |
|---|---|---|---|---|
| Implementation (Year 1 only) | | | | |
| Meet Key Deliverable Dates | Implementation Manager develops, maintains and delivers against timeline. To ensure all target dates are met, the Employer agrees to the following:<br>• Assign knowledge resources from their organization or that of their Administrator, if applicable, to complete tasks that are necessary to meet plan set up requirements.<br>• Meet target dates for tasks assigned to the Employer's resources.<br>• Participate in weekly implementation meetings scheduled and facilitated by the Implementation Manager. | Client-Specific | $ - | $ 10,000 |
| Meet Key Deliverable Dates | Prudential agrees to an account structure that provides a premium/claims breakout that is compatible with Prudential's systems requirements and meets the Employer's reporting needs. | Client-Specific | $ - | $ 10,000 |
| Meet Key Deliverable Dates | Prudential delivers initial contract drafts within 60 days of the plan effective date where plan details are finalized as specified in the implementation timeline. | Client-Specific | $ - | $ 10,000 |
| Meet Key Deliverable Dates | Prudential delivers final contracts and certificates within 120 days of the plan effective date provided the following standards are met: Employer confirms all plan details by the specified timeline; Standard Prudential language is used; State filings are not required. | Client-Specific | $ - | $ 10,000 |
| Overall Implementation Satisfaction | A Minimum Grade of "3" (meets expectations) on the Post-implementation Survey. | Client-Specific | $ - | $ 10,000 |
| **Total Amount at Risk: IMPLEMENTATION** | | | $ - | $ 50,000 |

| Account Management | | | | |
|---|---|---|---|---|
| Account Team Satisfaction | A Minimum Grade of "3" (meets expectations) on the Annual Account Management Survey. | Client-Specific | $ - | $ 10,000 |
| Adherence to Business Plan | Respond to all telephone and email inquiries within two business days. | Client-Specific | $ - | $ 8,000 |
| Adherence to Business Plan | Arrange and conduct meetings regarding outstanding issues, claims experience,etc, at pre-determined mutually agreeable time intervals. | Client-Specific | $ - | $ 8,000 |
| Reporting | Experience reports provided quarterly within 30 days of from the end of the quarter and Annual experience provided within 45 days from the end of the calendar year. | Client-Specific | $ - | $ 7,000 |
| Certificates/Amendments | Must be completed and delivered within 45 days of plan change | Client-Specific | $ - | $ 2,000 |
| Adherence to Business Plan | Address and resolve all claims, billing, contract, or other administrative problems within 2 weeks of notification to the Account Team. Where complete resolutions not possible within that timeframe, the Account Team must address the issue in writing within 2 business weeks stating why it is not resolvable. | Client-Specific | $ - | $ 8,000 |
| Adherence to Business Plan | Provide renewal notice 120 days before each rate guarantee expiration date. Correspondence and up to date experience reports will accompany the renewal explaining why the proposed rate action is required. | Client-Specific | $ - | $ 8,000 |
| Advanced Notice of Changes | Notification to Client within 48 hours of Account Team learning of change (changes include mergers and acquisitions, etc.) | Client-Specific | $ - | $ 8,000 |
| **Total Amount at Risk: ACCOUNT MANAGEMENT** | | | **$ -** | **$ 59,000** |

| Customer Service | | | | |
|---|---|---|---|---|
| Average Speed of Answer | 80% of calls answered within 20 seconds or less. The Speed to Answer equals the number of seconds it takes our Contact Center to answer a call after the call exits the IVR. | Book of Business | $ 1,000 | $ 5,111 |
| Abandonment Rate | Less than 5%. The Abandonment Rate equals the percentage of calls that go into our Contact Center (after IVR), where the caller hangs up prior to the call being answered. | Book of Business | $ 1,000 | $ 5,111 |
| Overall Plan Satisfaction | 90% Satisfied for Overall Claim Service Experience in the Prudential Claimant Survey. The Prudential Claimant Survey is conducted with a random sample of claimants/employees that have filed disability claims and have experience the claim processing cycle. | Book of Business | $ 1,000 | $ 11,612 |
| **Total Amount at Risk: CUSTOMER SERVICE** | | | $ 3,000 | $ 21,834 |
| **Claims Processing** | | | | |
| Claim Acknowledgement Time | STD 95% of paper/phone/email/web generated claims will be acknowledged within 3 business days. The period of time measured is from date of claim initiation to the date claim receipt letter is mailed. LTD: Same as above. | Client-Specific | $ 1,000 | $ 10,111 |
| Timeliness of Claim Determination | STD: 93% of initial decisions will be rendered within 5 days of receipt of complete information. "Complete" information means the point when all of the information necessary to make a decision to approve or deny benefits has been received. LTD: 93% of claims will have an initial decision by the later of 45 days from the claim completion date or the benefit begin date. Claims will also be deemed timely in instances information outside of Prudential's control is delayed, provided ERISA guidelines are met. | STD: Book of Business LTD: Client-Specific | $ 1,000 | $ 11,611 |
| Coding Accuracy | 98% Transactional accuracy of claims. Prudential will audit a pre-determined sample size of our claim block during the month to review the accuracy of coding and documentation regarding claim data which may impact the transactional accuracy of the claim. The total number of points for categories determined to be accurate will be divided by the total number of points reviewed each month. | Book of Business | $ 1,000 | $ 8,111 |
| Financial Accuracy | 98% Financial Accuracy of claims. Prudential will audit a pre-determined sample size of paid claims from our claim block during the month to review the accuracy of payments. Accuracy rate will be tracked based on the total dollar amount paid relative to the correct amount payable. | Book of Business | $ 1,000 | $ 10,111 |

| Performance Standard | Minimum Standard | Standard based on Book of Business, Claims Team Specific or Client Specific Results | STD Dollar Amount at Risk | LTD Dollar Amount at Risk |
|---|---|---|---|---|
| Social Security | 95% of approved and eligible LTD claims will be reviewed for appropriate pursuit of SSDB by the end of the 12th month of disability. | Client-Specific | $ - | $ 11,111 |
| Test Change | 95% of claims subject to review for the any occupation test change will be completed prior to effective date of test change. | Client-Specific | $ - | $ 11,111 |
| **Total Amount at Risk: CLAIM PROCESSING** | | | **$ 4,000** | **$ 62,166** |
| | | Total Amount at Risk (Year 1): | $ 7,000 | $ 193,000 |
| | | Total Amount at Risk (Years 2, 3, and 4): | $ 7,000 | $ 143,000 |
| **Notes:** | | | | |
| *Prudential has put $150,000 at risk for Account Management and Claims and an additional $50,000 for implementation (applicable for 1st year only). Our offer reflects Non-Client specific and Client specific Performance Guarantee measures as outlined above. The results are calculated annually and are based on our block of business unless otherwise noted above. If the metrics are not met, a check can be issued to the client or monies due can be held by Prudential in an advance premium account and used to adjust premium for future billing periods. | | | | |

| Performance Standard | Minimum Standard | Standard based on Book of Business, Claims Team Specific or Client Specific Results | STD Dollar Amount at Risk | LTD Dollar Amount at Risk |
|---|---|---|---|---|
| **Implementation (Year 1 only)** | | | | |
| Meet Key Deliverable Dates | Implementation Manager develops, maintains and delivers against timeline. To ensure all target dates are met, the Employer agrees to the following:<br>• Assign knowledge resources from their organization or that of their Administrator, if applicable, to complete tasks that are necessary to meet plan set up requirements.<br>• Meet target dates for tasks assigned to the Employer's resources.<br>• Participate in weekly implementation meetings scheduled and facilitated by the Implementation Manager. | Client-Specific | $ - | $ 10,000 |
| Meet Key Deliverable Dates | Prudential agrees to an account structure that provides a premium/claims breakout that is compatible with Prudential's systems requirements and meets the Employer's reporting needs. | Client-Specific | $ - | $ 10,000 |
| Meet Key Deliverable Dates | Prudential delivers initial contract drafts within 60 days of the plan effective date where plan details are finalized as specified in the implementation timeline. | Client-Specific | $ - | $ 10,000 |

| | | | | |
|---|---|---|---|---|
| Meet Key Deliverable Dates | Prudential delivers final contracts and certificates within 120 days of the plan effective date provided the following standards are met: Employer confirms all plan details by the specified timeline; Standard Prudential language is used; State filings are not required. | Client-Specific | $ - | $ 10,000 |
| Overall Implementation Satisfaction | A Minimum Grade of "3" (meets expectations) on the Post-implementation Survey. | Client-Specific | $ - | $ 10,000 |
| **Total Amount at Risk: IMPLEMENTATION** | | | $ - | $ 50,000 |
| **Account Management** | | | | |
| Account Team Satisfaction | A Minimum Grade of "3" (meets expectations) on the Annual Account Management Survey. | Client-Specific | $ - | $ 10,000 |
| Adherence to Business Plan | Respond to all telephone and email inquiries within two business days. | Client-Specific | $ - | $ 8,000 |
| Adherence to Business Plan | Arrange and conduct meetings regarding outstanding issues, claims experience,etc, at pre-determined mutually agreeable time intervals. | Client-Specific | $ - | $ 8,000 |
| Adherence to Business Plan | Address and resolve all claims, billing, contract, or other administrative problems within 2 weeks of notification to the Account Team. Where complete resolutions not possible within that timeframe, the Account Team must address the issue in writing within 2 business weeks stating why it is not resolvable. | Client-Specific | $ - | $ 8,000 |
| Adherence to Business Plan | Provide renewal notice 120 days before each rate guarantee expiration date. Correspondence and up to date experience reports will accompany the renewal explaining why the proposed rate action is required. | Client-Specific | $ - | $ 8,000 |
| Advanced Notice of Changes | Notification to Client within 48 hours of Account Team learning of change (changes include mergers and acquisitions, etc.) | Client-Specific | $ - | $ 8,000 |
| **Total Amount at Risk: ACCOUNT MANAGEMENT** | | | $ - | $ 50,000 |

| Customer Service | | | | |
|---|---|---|---|---|
| Average Speed of Answer | 80% of calls answered within 20 seconds or less. The Speed to Answer equals the number of seconds it takes our Contact Center to answer a call after the call exits the IVR. | Book of Business | $ 1,000 | $ 10,111 |
| Abandonment Rate | Less than 5%. The Abandonment Rate equals the percentage of calls that go into our Contact Center (after IVR), where the caller hangs up prior to the call being answered. | Book of Business | $ 1,000 | $ 10,111 |
| Overall Plan Satisfaction | Minimum annual mean score of 3 (Satisfied) for Overall Claim Service Experience in the Prudential Claimant Survey. The Prudential Claimant Survey is conducted with a random sample of claimants/employees that have filed disability claims and have experience the claim processing cycle. | Book of Business | $ 1,000 | $ 10,112 |
| **Total Amount at Risk: CUSTOMER SERVICE** | | | **$ 3,000** | **$ 30,334** |
| **Claims Processing** | | | | |
| Claim Acknowledgement Time | STD 95% of paper/phone/email/web generated claims will be acknowledged within 3 business days. The period of time measured is from date of claim initiation to the date claim receipt letter is mailed. LTD: Same as above. | Book of Business | $ 1,000 | $ 10,111 |
| Timeliness of Claim Determination | STD: 93% of initial decisions will be rendered within 5 days of receipt of complete information. "Complete" information means the point when all of the information necessary to make a decision to approve or deny benefits has been received. LTD: 93% of claims will have an initial decision by the later of 45 days from the claim completion date or the benefit begin date. Claims will also be deemed timely in instances information outside of Prudential's control is delayed, provided ERISA guidelines are met. | Book of Business | $ 1,000 | $ 10,111 |
| Coding Accuracy | 98% Transactional accuracy of claims. Prudential will audit a pre-determined sample size of our claim block during the month to review the accuracy of coding and documentation regarding claim data which may impact the transactional accuracy of the claim. The total number of points for categories determined to be accurate will be divided by the total number of points reviewed each month. | Book of Business | $ 1,000 | $ 10,111 |

| | | | | |
|---|---|---|---|---|
| Financial Accuracy | 98% Financial Accuracy of claims. Prudential will audit a pre-determined sample size of paid claims from our claim block during the month to review the accuracy of payments. Accuracy rate will be tracked based on the total dollar amount paid relative to the correct amount payable. | Book of Business | $ 1,000 | $ 10,111 |
| Social Security | 95% of approved and eligible LTD claims will be reviewed for appropriate pursuit of SSDB by the end of the 12th month of disability. | Book of Business | $ 1,000 | $ 10,111 |
| Test Change | 95% of claims subject to review for the any occupation test change will be completed prior to effective date of test change. | Book of Business | $ 1,000 | $ 10,111 |
| **Total Amount at Risk: CLAIM PROCESSING** | | | $ 6,000 | $ 60,666 |
| | | Total Amount at Risk (Year 1): | $ 9,000 | $ 191,000 |
| | | Total Amount at Risk (Years 2, 3, and 4): | $ 9,000 | $ 141,000 |
| **Notes:** | | | | |
| *Prudential has put $150,000 at risk for Account Management and Claims and an additional $50,000 for implementation (applicable for 1st year only). Our offer reflects our standard, Non-Client Specific Performance Guarantee measures. The results are calculated annually and are based on our block of business. If the metrics are not met, a check can be issued to the client or monies due can be held by Prudential in an advance premium account and used to adjust premium for future billing periods. | | | | |

PRU 77212-000415-000063

# General Rules

**A. PAYMENT OF PREMIUMS - GRACE PERIOD.**

Premiums are to be paid by the Contract Holder to Prudential.  Each may be paid at a Prudential office or to one of its authorized agents.  One is due on each Premium Due Date stated in the Group Contract Schedule.  The Contract Holder may pay each premium other than the first within 31 days of the Premium Due Date without being charged interest.  Those days are known as the grace period.  The Contract Holder is liable to pay premiums to Prudential for the time the Group Contract is in force.

**B. PREMIUM AMOUNTS.**

The premium due on each Premium Due Date is the sum of the premium charges for the insurance under the Coverages.  Those charges are determined from the premium rates then in effect and the Employees then insured.

The following will apply if one or more premiums paid include premium charges for an Employee whose insurance has ended before the due date of that premium.  Prudential will not have to refund more than the amount of the premium charges for such Employee that were included in the premiums paid for the two month period immediately before the date Prudential receives written notice from the Contract Holder that the Employee's insurance has ended.  This limitation may not apply to any refund that is due to an Employee.

Premiums may be determined in another way.  But it must produce about the same amounts and be agreed to by the Contract Holder and Prudential.

No premium charge will be made for an insured Employee under the Employee Disability Coverage(s) while the Employee:

(1)  is Disabled; and

(2)  is entitled, after the Elimination Period, to benefits under the Long Term Disability Coverage.

**C. PREMIUM RATE CHANGES.**

The premium rates in effect on the Contract Date are shown in the Group Contract's Schedule of Premium Rates.  Prudential has the right to change premium rates:

(1)  As of any Premium Due Date; and

(2)  As of any date the extent or nature of the risk assumed is changed for any reason, including the reasons shown below:

   (a)  A change occurs in the plan design.

   (b)  A division, subsidiary or associated entity is added or deleted.

83500
GR 5141                                                                                                                  (50678-2)
12

PRU 77212-000415-000064

(c) The number of insured persons changes by 15% or more.

(d) A new law or a change in any existing law is enacted which applies to this plan.

(e) A change occurs in the Covered Classes.

But, unless the Schedule of Premium Rates or an amendment states otherwise, (1) above will not be used to change premium rates:

- for Long Term Disability Coverage, within 48 months of the Contract Date.

Prudential will tell the Contract Holder when a change in the premium rates is made.

## D. END OF THE GROUP CONTRACT OR OF AN INSURANCE.

**During or at End of Grace Period - Failure to Pay Premiums:** If any premium is not paid by the end of its grace period, the Group Contract will end when the grace period ends. The Contract Holder may write to Prudential, in advance, to ask that the Group Contract be ended at the end of the period for which premiums have been paid or at any time during the grace period. Then the Group Contract will end on the date requested, but in no event will it end before the date Prudential receives the written request from the Contract Holder. This part applies separately to:

(1) all life Coverages under the Group Contract; and

(2) all other Coverages under the Group Contract.

**On a Premium Due Date - Failure to Maintain Insuring Conditions:** On any Premium Due Date, Prudential may end the part of the Group Contract for Contributory or Non-contributory Employee Insurance or Dependents Insurance under a Coverage if one or more of the following conditions then exists for that part. But notice of its intent to do so must be given to the Contract Holder at least 31 days in advance.

Contributory Insurance: The insured Employees are:

(1) less than the Minimum Participation Number; or

(2) less than 25% of the Employees who are eligible to request the insurance; or

(3) contributing at a rate higher than the maximum, if any, stated in the Group Contract for the insurance.

Non-contributory Insurance: The insured Employees are:

(1) less than the Minimum Participation Number; or

(2) contributing for the insurance.

The Minimum Participation Number is shown in the Group Contract Schedule.

**On a Contract Anniversary:** Prudential may end the Group Contract on any Contract Anniversary. But notice of its intent to do so must be given to the Contract Holder at least 180 days in advance.

## E.  AGE ADJUSTMENT.

If an age is used to determine the premium charge for an Employee's insurance and the age is found to be in error, the premium charge for that insurance will then be adjusted to reflect the correct age.  If this adjustment results in a change in the amount of premium, any difference between the premium paid and the premium required on the basis of the correct age will be paid as follows:

(1) If the adjustment results in an increased premium, the difference will be paid by the Contract Holder when notified by Prudential.

(2) If the adjustment results in a decreased premium, the difference will be refunded by Prudential.

If the change in age affects the amount of the Employee's insurance under any Coverage, such amount will be changed on the basis of the correct age.  Any premium adjustment will take this into account.

## F.  EMPLOYEE'S CERTIFICATE.

Prudential will give the Contract Holder an individual certificate to give each insured Employee.  It will describe the Employee's coverage under the Group Contract.  It will include (1) to whom Prudential pays benefits, (2) any protection and rights when the insurance ends, and (3) claim rights and requirements.

## G.  RECORDS - INFORMATION TO BE FURNISHED.

Either the Contract Holder or Prudential, as they agree, will keep a record of the insured Employees.  It will contain the key facts about their insurance.

At the times set by Prudential, the Contract Holder will send the data required by Prudential to perform its duties under the Group Contract, and to determine the premium rates.  All records of the Contract Holder and of the Employer which bear on the insurance must be open to Prudential for its inspection at any reasonable time.

Prudential will not have to perform any duty that depends on such data before it is received in a form that satisfies Prudential.  The Contract Holder may correct wrong data given to Prudential, if Prudential has not been harmed by acting on it.  An Employee's insurance under a Coverage will not be made invalid by failure of the Contract Holder or the Employer, due to clerical error, to record or report the Employee for that insurance.

## H.  THE CONTRACT - INCONTESTABILITY OF THE CONTRACT.

The entire Group Contract consists of:  (1) the Group Insurance Certificate(s) listed in the Schedule of Plans, a copy of which is attached to the Group Contract; (2) all modifications and endorsements to such Group Insurance Certificates which are attached to and made a part of the Group Contract by amendment to the Group Contract; (3) the forms shown in the Table of Contents as of the Contract Date; (4) the Contract Holder's application, a copy of which is attached to the Group Contract; (5) any endorsements or amendments to the Group Contract; and (6) the individual applications, if any, of the persons insured.

No statement of the Contract Holder will be used in any contest of the insurance under the Group Contract.

There will be no contest of the validity of the Group Contract, except for not paying premiums, after it has been in force for one year.

## I. MODIFICATION OF THE GROUP CONTRACT.

The Group Contract may be amended, at any time, without the consent of the insured Employees or of anyone else with a beneficial interest in it. This can be done through written request made by the Contract Holder and agreed to by Prudential. But an amendment will not affect a claim incurred before the date of change.

Only an officer of Prudential has authority: to waive any conditions or restrictions of the Group Contract; or to extend the time in which a premium may be paid; or to make or change a contract; or to bind Prudential by a promise or representation or by information given or received. A Prudential agent is not an officer.

No change in the Group Contract is valid unless shown in:

(1) an endorsement on it signed by an officer of Prudential; or

(2) an amendment to it signed by the Contract Holder and by an officer of Prudential.

But, a change in the Group Contract may be made in an amendment to it that is signed only by an officer of Prudential if:

(1) The amendment reflects a change in the Group Contract that has been automatically made to satisfy the requirements of any state or federal law or regulation that applies to the Group Contract, as provided in the Conformity With Law section. This change is known as a Statutory Amendment.

(2) The amendment reflects a change in Prudential's administration of its group insurance benefits and is intended to apply to all group insurance contracts which are affected by the change. This change is known as a Portfolio Amendment. Prudential will give the Contract Holder written notice of its intent to make a Portfolio Amendment in the Group Contract at least 31 days in advance of the effective date of the Amendment. When the Group Contract is so amended, payment by the Contract Holder of the next premium due under the Group Contract will constitute acceptance of the Portfolio Amendment, unless the Contract Holder has rejected the Amendment, in writing, prior to its effective date.

## J. OTHER GOODS AND SERVICES.

From time to time, Prudential may offer or provide Covered Persons or their Beneficiaries certain goods and services in addition to the insurance coverage. Prudential also may arrange for third party vendors to provide goods and services at a discount (including without limitation financial counseling services, will preparation services, employee assistance programs, identity theft services, bereavement counseling services, family care services, funeral concierge services, and travel assistance related services) to Covered Persons or their Beneficiaries. Though Prudential may make the arrangements, the third party vendors are solely liable for providing the goods and services. Prudential shall not be responsible for providing or failing to provide the goods and services to Covered Persons or their Beneficiaries. Further, Prudential shall not be liable to Covered Persons or their Beneficiaries for the negligent provision of the goods and services by third party vendors.

PRU 77212-000415-000067

### K. RELATIONSHIP AMONG PARTIES AFFECTED BY THE GROUP CONTRACT.

The Contract Holder, its agents, representatives or employees, or any Covered Person under the Group Contract is not the agent or representative of Prudential. Prudential will not be liable for any acts or omissions of the Contract Holder, its agents, representatives or employees or of any Covered Person under the Group Contract. Further, the Contract Holder, its agents, representatives or employees, or any Covered Person under the Group Contract will not be liable for any acts or omissions of Prudential, its agents or employees.

### L. CONFORMITY WITH LAW.

If the provisions of the Group Contract do not conform to the requirements of any state or federal law or regulation that applies to the Group Contract, the Group Contract is automatically changed to conform with Prudential's interpretation of the requirements of that law or regulation.

_____

# Schedule of Plans

**Effective:** January 1, 2011

**Group Contract No.:** G-50678-KS

This Schedule of Plans sets forth the Plan of Benefits that applies to each Covered Class under the Group Contract listed below as of the Effective Date. The Plan of Benefits for a Covered Class is determined by: (1) the Group Insurance Certificates that apply to the Covered Class; and (2) any modification to those Certificates, provided the modification is listed below or included in an amendment to the Group Contract. A copy of each Certificate and any modification to it is attached to the Group Contract and made a part of it.

**Covered Class:**

All Employees included in the Covered Classes of the Group Insurance Certificate(s) listed below.

    **Plan of Benefits that Applies to this Covered Class:**

(1) The Coverage(s) described in the Group Insurance Certificate prepared for the Group Contract shown above:

    (a) With the Program Date of January 1, 2011; and

    (b) Bearing the code "50678, LTD, All Employees, Ed 10-2010, 1".

_____

PRU 77212-000415-000069

U#50678-010111
50678-110810
50678-010611
50678-020111
50678-022211
50678-041311
50678-051611
50678-061711

# Application to

**The Prudential Insurance Company of America (Prudential)**

**For Group Contract No.** G-50678-KS

**Applicant:** SPRINT NEXTEL CORPORATION

**Address:** 6500 Sprint Parkway
Overland Park, Kansas 66251

The Group Contract is approved and its terms are accepted.

This Application is made in duplicate. One is attached to the Group Contract. The other is to be returned to Prudential.

It is agreed that this Application replaces any prior Application for the Group Contract.

SPRINT NEXTEL CORPORATION
_____
(Full or Corporate Name of Applicant)

Dated at _____ By _____
    (Signature and Title)

On _____, 20_____ Witness _____
    (To be signed by Resident
    Agent where required by law)